IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 4:19-cv-00126 |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 6423 ) | |
| NORTHWEST DRIVE, WINDSOR ) | |
| HEIGHTS, POLK COUNTY, IOWA, ) | |
| ) | |
| REAL PROPERTY LOCATED AT 1724 ) | |
| 63RD STREET, WINDSOR HEIGHTS, ) | |
| POLK COUNTY, IOWA, ) | |
| ) | |
| and ) | |
| ) | |
| REAL PROPERTY LOCATED AT 1219 ) | |
| 15TH STREET, DES MOINES, POLK ) | |
| COUNTY, IOWA, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule G(4), Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a Notice of Judicial Forfeiture Proceeding and a copy of the Verified Complaint for Forfeiture *in Rem* for the above action, were served on:

1. Osman Jama, personal service by the U.S. Marshals Service on April 30, 2019.

2. Muhubo Abdulahi, personal service by the U.S. Marshals Service on April 30, 2019.

3. Alfredo Parrish, Esq., certified mail received and signed on for May 2, 2019.

1

        Respectfully submitted,

        Marc Krickbaum
        United States Attorney

By:  */s/ Craig Peyton Gaumer*
      Craig Peyton Gaumer
      Assistant United States Attorney
      U. S. Courthouse Annex, Suite 286
      110 East Court Avenue
      Des Moines, Iowa 50309
      Tel: (515) 473-9317
      Fax: (515) 473-9292
      Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail \_\_\_\_ Fax \_\_\_\_Hand Delivery **X** ECF/Electronic filing \_\_\_Other means

        UNITED STATES ATTORNEY
By:  */s/ K. Ramirez*
      Paralegal Specialist