IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THREE (3) REAL PROPERTIES IN POLK COUNTY, IOWA DESCRIBED HEREIN: <br><br> REAL PROPERTY LOCATED AT 6423 NORTHWEST DRIVE, WINDSOR HEIGHTS, POLK COUNTY, IOWA, <br><br> REAL PROPERTY LOCATED AT 1724 63RD STREET, WINDSOR HEIGHTS, POLK COUNTY, IOWA, <br><br> REAL PROPERTY LOCATED AT 1219 15TH STREET, DES MOINES, POLK COUNTY, IOWA, <br><br> Defendants. | Civil No. 4:19-cv-00126 <br><br><br><br> **ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Claimant, Des Moines Excavating LLC d/b/a Total Comfort Group, by and through undersigned counsel, pursuant to 18 U.S.C. § 983(a)(4)(a) and Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(5)(a), and for its Answer to Plaintiff's Verified Complaint for Forfeiture in Rem states as follows:

## I.    NATURE OF THE ACTION

1.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 1, and as such, the allegations are denied.

2.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 2, and as such, the allegations are denied.

3.      Claimant admits the allegations contained in paragraph 3.

4.      Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4, and as such, the allegations are denied.

## II.      THE DEFENDANTS *IN REM*

5.      Claimant admits the allegations contained in paragraph 5.

6.      Claimant admits the allegations contained in paragraph 6.

## III.      JURISDICTION, VENUE, AND PROCEDURAL AUTHORITY

7.      Claimant admits the allegations contained in paragraph 7.

8.      Claimant admits the allegations contained in paragraph 8.

9.      Claimant admits the allegations contained in paragraph 9.

10.      Claimant admits the allegations contained in paragraph 10.

11.      Claimant admits the allegations contained in paragraph 11.

12.      Claimant admits the allegations contained in paragraph 12.

13.      Claimant admits the allegations contained in paragraph 13.

14.      Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 14, and as such, the allegations are denied.

## IV.      FACTS

### WIC Program

15.      Claimant admits the allegations contained in paragraph 15.

16.      Claimant admits the allegations contained in paragraph 16.

17.      Claimant admits the allegations contained in paragraph 17.

18.      Claimant admits the allegations contained in paragraph 18.

19.      Claimant admits the allegations contained in paragraph 19.

### SNAP Program

20.     Claimant admits the allegations contained in paragraph 20.

21.     Claimant admits the allegations contained in paragraph 21.

22.     Claimant admits the allegations contained in paragraph 22.

23.     Claimant admits the allegations contained in paragraph 23.

24.     Claimant admits the allegations contained in paragraph 24.

### Electronic Benefits Transfer (EBT) system

25.     Claimant admits the allegations contained in paragraph 25.

26.     Claimant admits the allegations contained in paragraph 26.

27.     Claimant admits the allegations contained in paragraph 27.

### Subject Persons and Entities

28.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 28, and as such, the allegations are denied.

29.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 29, and as such, the allegations are denied.

30.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 30, and as such, the allegations are denied.

### Origin of the Investigation

31.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 31, and as such, the allegations are denied.

32.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 32, and as such, the allegations are denied.

### Enrollment in SNAP

33.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 33, and as such, the allegations are denied.

34.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 34, and as such, the allegations are denied.

35.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 35, and as such, the allegations are denied.

36.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 36, and as such, the allegations are denied.

37.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 37, and as such, the allegations are denied.

38.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 38, and as such, the allegations are denied.

39.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 39, and as such, the allegations are denied.

<u>Enrollment in WIC</u>

40.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 40, and as such, the allegations are denied.

41.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 41, and as such, the allegations are denied.

42.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 42, and as such, the allegations are denied.

43.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 43, and as such, the allegations are denied.

44.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 44, and as such, the allegations are denied.

WIC FRAUD

Summary

45.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 45, and as such, the allegations are denied.

46.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 46, and as such, the allegations are denied.

International as Compared with Like-Size Stores

47.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 47, and as such, the allegations are denied.

48.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 48, and as such, the allegations are denied.

49.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 49, and as such, the allegations are denied.

50.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 50, and as such, the allegations are denied.

51.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 51, and as such, the allegations are denied.

52.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 52, and as such, the allegations are denied.

53.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 53, and as such, the allegations are denied.

54.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 54, and as such, the allegations are denied.

Fraudulent Transactions with Confidential Informant

55.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 55, and as such, the allegations are denied.

56.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 56, and as such, the allegations are denied.

57.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 57, and as such, the allegations are denied.

September 5, 2017

58.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 58, and as such, the allegations are denied.

59.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 59, and as such, the allegations are denied.

60.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 60, and as such, the allegations are denied.

61.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 61, and as such, the allegations are denied.

62.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 62, and as such, the allegations are denied.

October 22, 2017

63.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 63, and as such, the allegations are denied.

64.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 64, and as such, the allegations are denied.

65.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 65, and as such, the allegations are denied.

66.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 66, and as such, the allegations are denied.

67.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 67, and as such, the allegations are denied.

68.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 68, and as such, the allegations are denied.

October 29, 2017

69.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 69, and as such, the allegations are denied.

70.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 70, and as such, the allegations are denied.

71.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 71, and as such, the allegations are denied.

72.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 72, and as such, the allegations are denied.

73.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 73, and as such, the allegations are denied.

74.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 74, and as such, the allegations are denied.

75.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 75, and as such, the allegations are denied.

76.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 76, and as such, the allegations are denied.

77.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 77, and as such, the allegations are denied.

78.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 78, and as such, the allegations are denied.

79.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 79, and as such, the allegations are denied.

80.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 80, and as such, the allegations are denied.

81.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 81, and as such, the allegations are denied.

82.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 82, and as such, the allegations are denied.

83.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 83, and as such, the allegations are denied.

84.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 84, and as such, the allegations are denied.

January 2, 2018

85.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 85, and as such, the allegations are denied.

86.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 86, and as such, the allegations are denied.

87.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 87, and as such, the allegations are denied.

88.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 88, and as such, the allegations are denied.

89.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 89, and as such, the allegations are denied.

90.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 90, and as such, the allegations are denied.

91.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 91, and as such, the allegations are denied.

92.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 92, and as such, the allegations are denied.

April 22, 2018

93.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 93, and as such, the allegations are denied.

94.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 94, and as such, the allegations are denied.

May 25, 2018

95.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 95, and as such, the allegations are denied.

96.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 96, and as such, the allegations are denied.

97.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 97, and as such, the allegations are denied.

98.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 98, and as such, the allegations are denied.

99.     Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 99, and as such, the allegations are denied.

WIC Transactions May – August 2018

100.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 100, and as such, the allegations are denied.

October 1, 2018

101.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 101, and as such, the allegations are denied.

102.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 102, and as such, the allegations are denied.

103.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 103, and as such, the allegations are denied.

104.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 104, and as such, the allegations are denied.

105.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 105, and as such, the allegations are denied.

106.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 106, and as such, the allegations are denied.

107.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 107, and as such, the allegations are denied.

108.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 108, and as such, the allegations are denied.

October 12, 2018

109.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 109, and as such, the allegations are denied.

October 25, 2018

110.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 110, and as such, the allegations are denied.

111.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 111, and as such, the allegations are denied.

112.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 112, and as such, the allegations are denied.

113.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 113, and as such, the allegations are denied.

114.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 114, and as such, the allegations are denied.

115.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 115, and as such, the allegations are denied.

116.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 116, and as such, the allegations are denied.

117.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 117, and as such, the allegations are denied.

WIC Transactions October – December 2018

118.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 118, and as such, the allegations are denied.

December 31, 2018

119.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 119, and as such, the allegations are denied.

120.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 120, and as such, the allegations are denied.

121.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 121, and as such, the allegations are denied.

122.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 122, and as such, the allegations are denied.

SNAP FRAUD

A.  Summary

123.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 123, and as such, the allegations are denied.

124.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 124, and as such, the allegations are denied.

B.  International as Compared with Like-Size Stores

125.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 125, and as such, the allegations are denied.

126.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 126, and as such, the allegations are denied.

127.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 127, and as such, the allegations are denied.

128.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 128, and as such, the allegations are denied.

129.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 129, and as such, the allegations are denied.

130.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 130, and as such, the allegations are denied.

131.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 131, and as such, the allegations are denied.

132.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 132, and as such, the allegations are denied.

133.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 133, and as such, the allegations are denied.

134.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 134, and as such, the allegations are denied.

C.   Surveillance of Customers Compared with SNAP Sales Data

135.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 135, and as such, the allegations are denied.

Transaction #1

136.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 136, and as such, the allegations are denied.

137.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 137, and as such, the allegations are denied.

138.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 138, and as such, the allegations are denied.

139.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 139, and as such, the allegations are denied.

140.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 140, and as such, the allegations are denied.

141.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 141, and as such, the allegations are denied.

Transaction #2

142.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 142, and as such, the allegations are denied.

143.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 143, and as such, the allegations are denied.

144.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 144, and as such, the allegations are denied.

145.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 145, and as such, the allegations are denied.

Transaction #3

146.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 146, and as such, the allegations are denied.

147.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 147, and as such, the allegations are denied.

148.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 148, and as such, the allegations are denied.

Transaction #4

149.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 149, and as such, the allegations are denied.

150.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 150, and as such, the allegations are denied.

151.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 151, and as such, the allegations are denied.

D.  Fraudulent Use of SNAP Cards at Other Retailers

CI Information

152.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 152, and as such, the allegations are denied.

153.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 153, and as such, the allegations are denied.

154.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 154, and as such, the allegations are denied.

Sam's Club Records

155.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 155, and as such, the allegations are denied.

156.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 156, and as such, the allegations are denied.

157.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 157, and as such, the allegations are denied.

158.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 158, and as such, the allegations are denied.

159.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 159, and as such, the allegations are denied.

160.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 160, and as such, the allegations are denied.

Engaging in Monetary Transaction in Property<br>Derived from Specified Unlawful Activity (Money Laundering)

A.  Summary

161.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 161, and as such, the allegations are denied.

162.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 162, and as such, the allegations are denied.

163.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 163, and as such, the allegations are denied.

164.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 164, and as such, the allegations are denied.

B.  International's Bank Account Number 8287500

165.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 165, and as such, the allegations are denied.

166.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 166, and as such, the allegations are denied.

167.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 167, and as such, the allegations are denied.

168.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 168, and as such, the allegations are denied.

C.  Transfer of WIC/SNAP Funds into JAMA's Personal Account (8287980)

169.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 169, and as such, the allegations are denied.

170.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 170, and as such, the allegations are denied.

171.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 171, and as such, the allegations are denied.

D.  Transfer of WIC/SNAP Funds into JAMA's Personal Account (8742240)

172.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 172, and as such, the allegations are denied.

173.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 173, and as such, the allegations are denied.

174.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 174, and as such, the allegations are denied.

175.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 175, and as such, the allegations are denied.

E.    Transfer of WIC/SNAP Funds into Abdulahi's Personal Checking Account 8986600-2

176.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 176, and as such, the allegations are denied.

177.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 177, and as such, the allegations are denied.

178.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 178, and as such, the allegations are denied.

F.    Transfer of WIC/SNAP Funds into 1724 63rd Street, Windsor Heights

179.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 179, and as such, the allegations are denied.

180.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 180, and as such, the allegations are denied.

181.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 181, and as such, the allegations are denied.

182.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 182, and as such, the allegations are denied.

G.    Transfer of WIC/SNAP Funds into 1219 15th Street, Des Moines, Iowa, 50314

183.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 183, and as such, the allegations are denied.

184.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 184, and as such, the allegations are denied.

185.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 185, and as such, the allegations are denied.

186.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 186, and as such, the allegations are denied.

H.    Transfer of WIC/SNAP Funds into 6423 Northwest Drive, Windsor Heights, IA 50324

187.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 187, and as such, the allegations are denied.

188.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 188, and as such, the allegations are denied.

189.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 189, and as such, the allegations are denied.

190.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 190, and as such, the allegations are denied.

191.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 191, and as such, the allegations are denied.

192.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 192, and as such, the allegations are denied.

193.    Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 193, and as such, the allegations are denied.

**WHEREFORE**, Claimant, Des Moines Excavating LLC d/b/a Total Comfort Group, respectfully requests that the Court and the parties take notice of its claim, that its claim be satisfied against the particular property subject to forfeiture, and that it be granted such other and further relief deemed just and equitable under the circumstances.

## **AFFIRMATIVE DEFENSES**

COMES NOW Claimant, Des Moines Excavating LLC d/b/a Total Comfort Group, by and through undersigned counsel, and for its Affirmative Defenses states as follows:

1.      Claimant is an innocent lienholder.

2.      Claimant reserves the right to amend or supplement its defenses as the case proceeds and discovery, if any, occurs.

**WHEREFORE**, Claimant, Des Moines Excavating LLC d/b/a Total Comfort Group, respectfully requests that the Court and the parties take notice of its claim, that its claim be satisfied against the particular property subject to forfeiture, and that it be granted such other and further relief deemed just and equitable under the circumstances.

Respectfully submitted,

BRICK GENTRY P.C.

By: */s/ Billy J. Mallory*
　　　　Billy J. Mallory, Iowa AT0004934
　　　　Matt O'Hollearn, Iowa AT0010122
　　　　6701 Westown Parkway, Suite 100
　　　　West Des Moines, Iowa 50266
　　　　Telephone: (515) 274-1450
　　　　Facsimile: (515) 274-1488
　　　　Email: billy.mallory@brickgentrylaw.com
　　　　Email matt.ohollearn@brickgentrylaw.com
　　　　ATTORNEYS FOR CLAIMANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification to the following attorneys of record.

Craig Peyton Gaumer
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, IA 50309
ATTORNEY FOR PLAINTIFF

Alfredo Parrish
Parrish Krudienier Dunn Boles Gribble Gentry Brown & Bergmann, L.L.P.
2910 Grand Avenue
Des Moines, IA 50312
ATTORNEY FOR DEFENDANT

*/s/ Kennedy Anderson*