**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO. 4:19-CV-00126** |
| **Plaintiff,** | |
| **vs.** | |
| **THREE (3) REAL PROPERTIES IN POLK COUNTY, IOWA DESCRIBED HEREIN,** | **ANSWER AND AFFIRMATIVE DEFENSES** |
| **REAL PROPERTY LOCATED AT 6423 NORTHWEST DRIVE, WINDSOR HEIGHTS, POLK COUNTY IOWA,** | |
| **REAL PROPERTY LOCATED AT 1724 63RD STREET, WINDSOR HEIGHTS, POLK COUNTY, IOWA** | |
| **and** | |
| **REAL PROPERTY LOCATED AT 1219 15TH STREET, DES MOINES, POLK COUNTY, IOWA** | |

**COMES NOW** Osman Jama (herein after "Jama") and for his Answer and Affirmative Defenses states to the Court as follows:

1.     Jama does not have all of the reports from the investigation and cannot admit nor deny allegations contained in paragraph one.

2.     Jama has not intentionally or deliberately engaged in any fraudulent activities or any transactions that could be considered fraudulent.  However, Jama would like to see all of the records to determine the basis of the allegations made

against him.  He has insufficient information and can neither admit nor deny this allegation.

3.     Admit.

4.     Jama denies that any of the real properties owned by the Defendant were involved in transactions or attempted transactions in violation of 18 U.S.C. §1957 and denies that they are subject to forfeiture.  Jama denies that any fraudulent activity was involved and does not have copies of the records since all of the records were in fact seized by law enforcement agents.

5.     Admit.

6.     Admit.

7.     Admit.

8.     Admit.

9.     Admit

10.    Admit.

11.    Admit.

12.    Admit.

13.    Admit.

14.    Admits and believes this is consistent with the statute referenced in paragraph 14.

15.    Admit.

16.     Admit.

17.     Admit.

18.     Admit.

19.     Admit.

20.     Admit.

21.     Admit.

22.     Admit.

23.     Admit.

24.     Admit.

25.     Admit.

26.     Admit.

27.     Admit.

28.     Admit.  Jama does believe that the store was large enough for customers to maneuver in the aisles.  They often would place their items on the counter prior to purchase.

29.     Admit.

30.     Admit.

31.     Jama does not admit nor deny paragraph 21 because he has insufficient information as to when the investigation started or what is thought to be suspicious

activity.  Discovery will have to be made in this case and Jama would have to have access to the records that were seized by law enforcement.

32.    Jama neither admits nor denies paragraph 32 on the basis he has not received copies of discovery nor have he gotten access to the records that were seized by law enforcement.

33.    Admit.

34.    Admit.

35.    Admit.

36.    Admit.

37.    Admit.

38.    Admit.

39.    Admit.

40.    Admit.

41.    Admit.

42.    Admit.

43.    Admit.

44.    Admit.

45.    Jama does not admit nor deny paragraph 45 because of insufficient information.  He does not have his records that were seized by law enforcement.

46.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 46, and as such, the allegations are denied.

47.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 47, and as such, the allegations are denied.

48.     Jama neither admits nor denies paragraph 48 because he does not have sufficient information.

49.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 49, and as such, the allegations are denied.

50.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 50, and as such, the allegations are denied.

51.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 51, and as such, the allegations are denied.

52.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 52, and as such, the allegations are denied.

53.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 53, and as such, the allegations are denied.

54.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 54, and as such, the allegations are denied.

55.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 55, and as such, the allegations are denied.

56.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 56, and as such, the allegations are denied.

57.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 57, and as such, the allegations are denied.

58.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 58, and as such, the allegations are denied.

59.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 59, and as such, the allegations are denied.

60.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 60, and as such, the allegations are denied.

61.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 61, and as such, the allegations are denied.

62.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 62, and as such, the allegations are denied.

63.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 63, and as such, the allegations are denied.

64.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 64, and as such, the allegations are denied.

65.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 65, and as such, the allegations are denied.

66.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 66, and as such, the allegations are denied.

67.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 67, and as such, the allegations are denied.

68.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 68, and as such, the allegations are denied.

69.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 69, and as such, the allegations are denied.

70.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 70, and as such, the allegations are denied.

71.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 71, and as such, the allegations are denied.

72.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 72, and as such, the allegations are denied.

73.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 73, and as such, the allegations are denied.

74.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 74, and as such, the allegations are denied.

75.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 75, and as such, the allegations are denied.

76.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 76, and as such, the allegations are denied.

77.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 77, and as such, the allegations are denied.

78.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 78, and as such, the allegations are denied.

79.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 79, and as such, the allegations are denied.

80.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 80, and as such, the allegations are denied.

81.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 81, and as such, the allegations are denied.

82.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 82, and as such, the allegations are denied.

83.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 83, and as such, the allegations are denied.

84.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 84, and as such, the allegations are denied.

85.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 85, and as such, the allegations are denied.

86.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 86, and as such, the allegations are denied.

87.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 87, and as such, the allegations are denied.

88.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 88, and as such, the allegations are denied.

89.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 89, and as such, the allegations are denied.

90.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 90, and as such, the allegations are denied.

91.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 91, and as such, the allegations are denied.

92.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 92, and as such, the allegations are denied.

93.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 93, and as such, the allegations are denied.

94.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 94, and as such, the allegations are denied.

95.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 95, and as such, the allegations are denied.

96.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 96, and as such, the allegations are denied.

97.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 97, and as such, the allegations are denied.

98.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 98, and as such, the allegations are denied.

99.     Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 99, and as such, the allegations are denied.

100.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 100, and as such, the allegations are denied.

101.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 101, and as such, the allegations are denied.

102.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 102, and as such, the allegations are denied.

103.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 103, and as such, the allegations are denied.

104.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 104, and as such, the allegations are denied.

105.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 105, and as such, the allegations are denied.

106.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 106, and as such, the allegations are denied.

107.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 107, and as such, the allegations are denied.

108.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 108, and as such, the allegations are denied.

109.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 109, and as such, the allegations are denied.

110.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 110, and as such, the allegations are denied.

111.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 111, and as such, the allegations are denied.

112.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 112, and as such, the allegations are denied.

113.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 113, and as such, the allegations are denied.

114.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 114, and as such, the allegations are denied.

115.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 115, and as such, the allegations are denied.

116.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 116, and as such, the allegations are denied.

117.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 117, and as such, the allegations are denied.

118.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 118, and as such, the allegations are denied.

119.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 119, and as such, the allegations are denied.

120.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 120, and as such, the allegations are denied.

121.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 121, and as such, the allegations are denied.

122.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 122, and as such, the allegations are denied.

123.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 123, and as such, the allegations are denied.

124.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 124, and as such, the allegations are denied.

125.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 125, and as such, the allegations are denied.

126.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 126, and as such, the allegations are denied.

127.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 127, and as such, the allegations are denied.

128.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 128, and as such, the allegations are denied.

129.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 129, and as such, the allegations are denied.

130.    Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 130, and as such, the allegations are denied.

131.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 131, and as such, the allegations are denied.

132.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 132, and as such, the allegations are denied.

133.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 133, and as such, the allegations are denied.

134.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 134, and as such, the allegations are denied.

135.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 135, and as such, the allegations are denied.

136.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 136, and as such, the allegations are denied.

137.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 137, and as such, the allegations are denied.

138.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 138, and as such, the allegations are denied.

139.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 139, and as such, the allegations are denied.

140.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 140, and as such, the allegations are denied.

141.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 141, and as such, the allegations are denied.

142.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 142, and as such, the allegations are denied.

143.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 143, and as such, the allegations are denied.

144.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 144, and as such, the allegations are denied.

145.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 145, and as such, the allegations are denied.

146.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 146, and as such, the allegations are denied.

147.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 147, and as such, the allegations are denied.

148.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 148, and as such, the allegations are denied.

149.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 149, and as such, the allegations are denied.

150.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 150, and as such, the allegations are denied.

151.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 151, and as such, the allegations are denied.

152.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 152, and as such, the allegations are denied.

153.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 153, and as such, the allegations are denied.

154.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 154, and as such, the allegations are denied.

155.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 155, and as such, the allegations are denied.

156.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 156, and as such, the allegations are denied.

157.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 157, and as such, the allegations are denied.

158.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 158, and as such, the allegations are denied.

159.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 159, and as such, the allegations are denied.

160.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 160, and as such, the allegations are denied.

161.   Jama neither admits nor denies because of lack of information. However, Jama admits he transferred funds out of the account at Veridian Credit Union.

162.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 162, and as such, the allegations are denied.

163.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 163, and as such, the allegations are denied.

164.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 164, and as such, the allegations are denied.

165.   Admits.

166.   Admits.

167.   Admits.

168.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 168, and as such, the allegations are denied.

169.   Admit.

170.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 170, and as such, the allegations are denied.

171.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 171, and as such, the allegations are denied.

172.   Admits.

173.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 173, and as such, the allegations are denied.

174.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 174, and as such, the allegations are denied.

175.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 175, and as such, the allegations are denied.

176.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 176, and as such, the allegations are denied.

177.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 177, and as such, the allegations are denied.

178.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 178, and as such, the allegations are denied.

179.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 179, and as such, the allegations are denied.

180.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 180, and as such, the allegations are denied.

181.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 181, and as such, the allegations are denied.

182.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 182, and as such, the allegations are denied.

183.   Admit.

184.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 184, and as such, the allegations are denied.

185.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 185, and as such, the allegations are denied.

186.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 186, and as such, the allegations are denied.

187.   Admit.

188.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 188, and as such, the allegations are denied.

189.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 189, and as such, the allegations are denied.

190.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 190, and as such, the allegations are denied.

191.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 191, and as such, the allegations are denied.

192.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 192, and as such, the allegations are denied.

193.   Jama lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 193, and as such, the allegations are denied.

## AFFIRMATIVE DEFENSES

1.   Jama is an innocent owner.

2.   The claimed forfeiture is constitutionally excessive under the Eighth Amendment to the United States Constitution.

3.   The unreasonable delay in instituting forfeiture proceedings violated Jama's due process rights under the Fifth Amendment to the United States Constitution.

4.   Jama reserves the right to amend or supplement his defenses as the case proceeds and discovery occurs.

**WHEREFORE**, Defendant prays that this court enter an order and dismiss the Verified Complaint for Forfeiture in Rem.

PARRISH KRUDIENIER DUNN BOLES GRIBBLE
GENTRY BROWN & BERGMANN L.L.P.

BY:     */s/ Gina Messamer*                 .
Alfredo Parrish                    AT0006051
Gina Messamer                      AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
(515) 284-1704 (Fax)
aparrish@parrishlaw.com
gmessamer@parrishlaw.com
**ATTORNEYS FOR OSMAN JAMA**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on June 24, 2019.
I declare that the statements above are true to the best of my information, knowledge and belief.

*/s/ Gina Messamer*

Ms. Virginia M. Bruner
Mr. Craig Gaumer
Assistant United States Attorneys
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
515-473-9300 (Phone)
515-473-9288 (FAX)
virginia.bruner@usa.doj.gov
cgaumer@usa.doj.gov
**ATTORNEYS FOR PLAINTIFF**

Osman Jama
**DEFENDANT**