IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**THREE (3) REAL PROPERTIES IN POLK COUNTY, IOWA DESCRIBED HEREIN,**<br><br>**REAL PROPERTY LOCATED AT 6423 NORTHWEST DRIVE, WINDSOR HEIGHTS, POLK COUNTY IOWA,**<br><br>**REAL PROPERTY LOCATED AT 1724 63RD STREET, WINDSOR HEIGHTS, POLK COUNTY, IOWA**<br><br>**and**<br><br>**REAL PROPERTY LOCATED AT 1219 15TH STREET, DES MOINES, POLK COUNTY, IOWA** | CIVIL NO. 4:19-CV-00126<br><br><br><br>CLAIM TO THE VERIFIED COMPLAINT OF FORFEITURE *IN REM* |

**COMES NOW** Osman Jama, herein after "Jama" owner and president of MidCity Market Inc doing business as International Food Market for his Response to the Verified Complaint for Forfeiture *In Rem*, states to the Court as follows:

1. Jama admits each and every allegation contained in paragraph one. Jama does not have all of the reports from the investigation and cannot admit nor deny allegations contained in paragraph one.

2. Jama has not intentionally or deliberately engaged in any fraudulent activities or any transactions that could be considered fraudulent. However, Jama